UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-05907-AB-KS | Date: | September 12, 2025 |

Title: *Lorraine Perez v. Eid Elian Ballat, et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jong Yun Kim | Stephen Edward Abraham (via Zoom) |

**Proceedings:** **ORDER TO SHOW CAUSE FOR FAILURE OF APPEARANCE; and**
**PLAINTIFF'S MOTION TO REMAND ACTION TO THE SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES [13]**

The matter is called and counsel state their appearances.

As discussed on the record, Plaintiff's counsel did not respond in writing to the Court's Order to Show Cause re: Sanctions (Dkt. No. 16), nor, on the record, did he adequately account for the conduct the prompted the OSC: his failure to comply with Local Rule 7-3 before filing his motion for remand, and his subsequent filing of a plagiarized and factually and legally frivolous motion for remand that misrepresented the contents of Plaintiff's own complaint, and that Defendant had to respond to.  Plaintiff's counsel's failure to respond in writing violated the Court's OSC, and the conduct that prompted the OSC was, at a minimum, grossly negligent (see Local Rule 83-7(a)) and multiplied the proceedings unreasonably and vexatiously (28 U.S.C. 1927).  Pursuant to the Local Rules and the Court's inherent authority, the Court imposes sanctions on Plaintiff's counsel

in the amount of $3,250 to be paid to Defendant's counsel to compensate for fees Defendant incurred. Payment shall be made on or before November 12, 2025.

The Court grants Plaintiff's request to withdraw Motion to Remand Action to the Superior Court of Los Angeles, Dkt. No. 13.

IT IS SO ORDERED.